## IN THE DISTRICT COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jason Christopher Long, | Case No.: 1:25-cv-03272 |
| **Plaintiff,** | |
| vs. | **PLAINTIFF'S MOTION FOR PROTECTIVE ORDER** |
| MAXIMUS INC., EL AT., | |
| **Defendant.** | |

### PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Plaintiff respectfully moves this Court for a Protective Order pursuant to Fed. R. Civ. P. 26(c) and Fed. R. Civ. P. 5.2(d), allowing Plaintiff to file under seal unredacted documents containing Personally Identifiable Information (PII). In support of this Motion, Plaintiff states as follows:

### I. INTRODUCTION

Plaintiff seeks to submit documents containing unredacted PII—including but not limited to Plaintiff's Social Security Number and financial records—that are essential to establishing damages in this case. These materials cannot be effectively redacted without impairing their evidentiary value.

Importantly, Defendant has already disclosed Plaintiff's full Social Security Number in the public record. Specifically, Defendant's Exhibit 1 includes a financial aid record in which Plaintiff's SSN is used as the Loan Award Number, without redaction. This prior disclosure heightens the need for remedial protection and continued confidentiality going forward.

### II. SPECIAL NOTICE OF STATUS

I, Jason Christopher Long, a living man and natural person, appearing sui juris (in my own proper person), not a corporate fiction, respectfully submit this motion. I give no consent to any undisclosed adhesion contracts, hidden jurisdictions, or implied terms not expressly agreed to. This filing is submitted under protest and without prejudice, preserving all unalienable rights secured by the Constitution for the United States of America, and without waiver of any rights. Per Black's Law Dictionary (11th ed.), "sui juris" means "possessing full social and civil rights; not under any legal disability or the power of another."

### III. LEGAL BASIS

This Motion is brought under the following authority: Fed. R. Civ. P. 26(c) – Authorizing protective orders for good cause shown to prevent harm or undue burden. Fed. R. Civ. P. 5.2(d) – Allowing courts to permit filings without redaction upon motion. LCvR 5.4(f) – Governing the

PLAINTIFF'S MOTION FOR PROTECTIVE ORDER - 1



RECEIVED

SEP 22 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

sealing of documents that contain confidential or sensitive information. Relevant Case Law – including Buie v. D.C., 280 F.R.D. 1 (D.D.C. 2011) and BuzzFeed, Inc. v. DHS, No. 19-cv-3062 (D.D.C.), which confirm that disclosure of personal identifiers like SSNs constitutes sufficient harm to justify sealing.

## IV. FACTUAL BACKGROUND

1. Plaintiff brings this action in part to address Defendant's unauthorized disclosure of PII.

2. Defendant's Exhibit 1, already on file, contains Plaintiff's Social Security Number listed as the Loan Award Number, and was submitted without redaction.

3. Plaintiff now seeks to file additional records—including loan servicing and financial aid documentation—that likewise contain unredacted PII.

4. Redaction would render these documents ineffective for their intended evidentiary purpose.

5. Plaintiff's interest in avoiding further exposure to identity theft or reputational harm outweighs any need for public access to these materials.

## V. REQUESTED RELIEF

Plaintiff respectfully requests the following:

1. That the Court GRANT this Motion for Protective Order

2. That Plaintiff be permitted to file unredacted documents containing PII under seal or with restricted access

3. That the Court direct the Clerk to seal such documents pursuant to Fed. R. Civ. P. 5.2(d)

4. That Defendant be prohibited from further disseminating any documents or exhibits containing Plaintiff's SSN or PII

5. And that the Court award such other and further relief as may be appropriate

Honorably Submitted,

Jason Christopher Long
"Without Prejudice".
UCC 1-308.
ALL RIGHTS ARE RESERVED
9/22/2025

PLAINTIFF'S MOTION FOR PROTECTIVE ORDER - 2