UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON CHRISTOPHER LONG**<br>      **Plaintiff,**<br><br>      v.<br><br>**MAXIMUS EDUCATION, LLC d/b/a**<br>**AIDVANTAGE et al.,**<br><br>      **Defendants.** | **Case No.: 1:25-CV-3272 (RC)** |

**DEFENDANTS' SECOND MOTION FOR EXTENSION**
**OF TIME TO RESPOND TO COMPLAINT**

Maximus Education, LLC d/b/a/ Aidvantage ("Aidvantage"), Sam Tandy, and Dominic Martin (collectively, "Defendants"), through counsel, move the Court to extend their deadline to answer or otherwise respond to Jason Christopher Long's ("Plaintiff") Complaint, [Dkt. No. 1-2], by an additional 14 days to allow Defendants to complete their investigation of the allegations and respond to the Complaint.  In support thereof, Defendants state as follows:

1. Plaintiff commenced this action by filing a Complaint in the Superior Court of the District of Columbia. [Dkt. No. 1-2].

2. Between August 26 and September 9, 2025, Plaintiff has provided documents and information to Defendants' counsel by email, many of which relate to the allegations in the Complaint.

3. On September 18, 2025, Defendants removed the Complaint to the United States District Court for the District of Columbia. [Dkt. No. 1].

4. Pursuant to Fed. R. Civ. P. 81(c)(2), the deadline for Defendants to respond to the Complaint is 7 days after the notice of removal was filed, making Defendants' original deadline to respond to the Complaint September 25, 2025.

5. On September 23, 2025, Defendants moved for a seven-day extension of time to respond to Plaintiff's Complaint, to October 2, 2025, and the Court granted Defendants' motion. Defendants' initial motion for an extension of time sought a minimal extension in their effort to move this case forward as expeditiously as possible, recognizing that Plaintiff opposed the extension.

6. On September 30, 2025, Plaintiff notified Defendants by email that Plaintiff is contesting the removal of the case to this Court. Defendants must reply to Plaintiff's motion prior to responding to Plaintiff's Complaint.

7. Defendants respectfully request an additional extension of time to review the documents and information provided by Plaintiff and to formulate their response to the Complaint, beyond the current deadline of October 2, 2025. Defendants respectfully request an extension of 14 days, to October 16, 2025. Defendants have been working diligently on their response; however, an additional extension will facilitate a thorough response with respect to the particular claims against all Defendants and allow Defendants time to respond to Plaintiff's recent motion.

8. This is Defendants' second motion for an extension of time. The motion is made in good faith and not for the purpose of undue delay, and no party will be prejudiced by the relief sought herein.

9. Defendants' counsel conferred with Plaintiff on August 22, 2025, and Plaintiff objected to an extension of time.

WHEREFORE, Defendants respectfully request that this Court issue an order granting them an extension until **October 16, 2025,** to file a response to Plaintiff's Complaint.

DATED this 1st day of October 2025.

Respectfully submitted,

*/s/ Michael Klebanov*
Michael Klebanov                    Bar No.: 1048021
HUSCH BLACKWELL, LLP
1800 Pennsylvania Ave. NW, Suite 1000
Washington, DC 20006
Phone: 202.378.2300
Fax: 202.378.2319
Email: Michael.Klebanov@huschblackwell.com

*Attorney for Defendants Maximus Education, LLC d/b/a Aidvantage, Dominic Martin, and Sam Tandy*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 1, 2025, the foregoing was served upon plaintiff via email and by certified and regular mail to:

Jason Christopher Long
5112 MacArthur Blvd., N.W., Unit 4
Washington, DC 20016
Tel: 202.790.2276
Email: jclong2010@yahoo.com

*Plaintiff in Pro Per*

                                        */s/ Michael Klebanov*