IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jason Christopher Long, | Case No.: 25-cv-3272 RC |
| Plaintiff., | |
| vs. | PLAINTIFF'S NOTICE REGARDING DEFENDANTS' FAILURE TO RESPOND |
| MAXIMUS EDUCATION, LLC, ET AL., | |
| Defendants. | |

**PLAINTIFF'S NOTICE REGARDING DEFENDANTS' FAILURE TO RESPOND**

Plaintiff Jason Christopher Long ("Plaintiff"), specially appearing Pro Per, respectfully submits this Notice for the limited purpose of informing the Court of the present procedural status of Plaintiff's filing to which a response was required.

Plaintiff submitted the underlying filing on November 25, 2025, and it was docketed by the Clerk of Court on December 4, 2025. Under the applicable rules, Defendants Maximus Education, LLC, et al. were required to file any opposition or response within the prescribed time period. That time has now expired.

As of the date of this Notice, Defendants have filed no opposition, response, or request for an extension of time, and the docket reflects no such filing.

Plaintiff submits this Notice solely to ensure that the record accurately reflects Defendants' non-response and to assist the Court in its consideration of the matter based on the filings currently before it. Plaintiff seeks no additional relief beyond that requested in the underlying filing and expressly preserves all rights, objections, and defenses available under the Federal Rules of Civil Procedure.

Respectfully submitted,

*Jason Long*

Jason Christopher Long
Plaintiff, Specially Appearing Pro Per
"Without Prejudice UCC 1-308
ALL RIGHTS ARE RESERVED
5112 MacArthur Blvd, N.W., Unit 4
Washington, DC (20016)
10/20/2025

PLAINTIFF'S NOTICE REGARDING DEFENDANTS' FAILURE TO RESPOND - 1

**RECEIVED**
DEC 20 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia